IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IBEW-NECA LOCAL 505 WELFARE and PENSION PLANS, DONALD L. ADAMS, FRED MOORE, MICHAEL ALEXANDER, CHARLES FREEMAN, TRACY LANDERS, and RICHARD RUSSELL as Trustees of the Plans; MOBILE ELECTRICAL JATC TRUST FUND, DONALD L. ADAMS, FRANK F. EVERETT, DAVID A. RUCKER, JASON BABCOCK, CHARLES FREEMAN, and RICHARD RUSSELL, as Trustees of the Plan; and, INTERNATIONAL BROTHERHOOD of ELECTRICAL WORKERS, LOCAL 505, | * * * * * * * * * * * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NUMBER: * 1:09-00010-CG -M |
| CARLSON ELECTRICAL CONSTRUCTION, LLC, a limited liability company, | * * * |
| Defendant. | * * |

**CONSENT JUDGMENT**

It is **ORDERED, ADJUDGED** and **DECREED** that JUDGMENT be and is hereby entered in favor of the plaintiffs, IBEW-NECA Local 505 Welfare and Pension Plans [hereinafter "WELFARE PLAN and PENSION PLAN"], Donald L. Adams, Fred Moore, Michael Alexander, Charles Freeman, Tracy Landers, and Richard Russell as Trustees of the Plans [hereinafter "W & P TRUSTEES"], Mobile Electrical JATC Trust Fund [hereinafter "JATC"], Donald L. Adams, Frank F. Everett, David A. Rucker, Jason Babcock, Charles Freeman, and Richard Russell as Trustees of the Plan [hereinafter "JATC TRUSTEES"], and

1

Local 505 of the International Brotherhood of Electrical Workers [hereinafter "LOCAL 505"], and against the defendant, Carlson Electrical Construction, LLC. [hereinafter "CARLSON"] and Curt S. Carlson, individually, in the amount of $27,692.72, said sum representing CARLSON'S obligation to pay the following:

WELFARE PLAN:

| | |
|---|---|
| Contributions owed from July-August 2008: | $12,692.55 |
| Interest: | $266.99 |
| Liquidated Damages: | $2,538.51 |
| Total | $15,498.05 |

PENSION PLAN:

| | |
|---|---|
| Contributions owed from July-August 2008: | $6,834.45 |
| Interest: | $143.77 |
| Liquidated Damages: | $1,366.89 |
| Total | $8,345.11 |

JATC PLAN

| | |
|---|---|
| Contributions owed from July-August 2008: | $1,187.20 |
| Interest: | $21.58 |
| Liquidated Damages: | $237.44 |
| Total | $1,446.22 |

LOCAL 505

| | |
|---|---|
| Authorized dues deducted, but not remitted: | $2,557.34 |

Said judgment shall bear interest at the rate of six percent (6%) per annum from the date of the entry of judgment.

**DONE** and **ORDERED** this 1st day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE